UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER TOMCZAK, Derivatively on Behalf of MGT CAPITAL INVESTMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT B. LADD, ROBERT HOLMES and MICHAEL ONGHAI, <br><br> Defendants, <br><br> and <br><br> MGT CAPITAL INVESTMENTS, INC., <br><br> Nominal Defendant. | No. 19-8046 <br><br> **NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL <u>OF DERIVATIVE SETTLEMENT</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement; the accompanying Declaration of Thomas J. McKenna and exhibits thereto, including the Stipulation of Settlement by and between the parties named herein (the "Stipulation"); and upon all prior papers and proceedings herein, Plaintiff Tyler Tomczak, in coordination with Arthur Aviles, a plaintiff in a related action captioned *Aviles v. Ladd*, No. 1:13-cv-01700-UNA (D. Del.), will move this Court, before the Honorable Victor Marrero, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl St., New York, NY 10007-1312, on a date and at a time designated by the Court, pursuant to Federal Rule of Civil Procedure 23.1, for entry of the accompanying [Proposed] Order Preliminarily Approving Derivative Settlement And Providing For Notice (the "Preliminary Approval Order") (a copy of which is attached as Exhibit B to the Stipulation), which will: (i) preliminarily approve the settlement embodied by the Stipulation (the "Settlement"); (ii) approve

1

the form, substance, and requirements of the proposed form of notice to the shareholders of MGT (the "Notice"); (iii) set a schedule for dissemination of the Notice, submission of papers regarding the Settlement and any related award of attorneys' fees and expenses, and a hearing on the Settlement; and for such other and further relief as this Court may deem just and proper.

Dated: May 29, 2020

Respectfully submitted,

 */s/ Thomas J. McKenna*
**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
        gegleston@gme-law.com

*Counsel for New York Plaintiff*

**BRAGAR EAGEL & SQUIRE, P.C.**
W. Scott Holleman
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (917) 325-3798
Email: holleman@bespc.com

*Counsel for Delaware Plaintiff*