**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TYLER TOMCZAK, Derivatively on Behalf of MGT CAPITAL INVESTMENTS, INC., <br><br> Plaintiff, <br> v. <br><br> ROBERT B. LADD, ROBERT HOLMES and MICHAEL ONGHAI, <br><br> Defendants, <br> and <br><br> MGT CAPITAL INVESTMENTS, INC., <br><br> Nominal Defendant. | No. 19-8046 <br><br> **NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES, SERVICE AWARDS, AND <u>REIMBURSEMENT OF EXPENSES</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and Declaration of Thomas J, McKenna with supporting exhibits, dated July 2, 2020, Plaintiff Tomczak will move this Court, before the Honorable Victor Marrero, on August 7, 2020, at 1:45 p.m. in the afternoon, or such other date and time as set by the Court, at the United States Courthouse, 500 Pearl Street, Courtroom 15B, for an Order granting Plaintiffs Motion for Final Approval of Settlement and Attorneys' Fees, Service Awards and Reimbursement of Expenses.

Dated: July 2, 2020

                                                                           Respectfully submitted,

                                                                           */s/ Thomas J. McKenna*
                                                                           **GAINEY McKENNA & EGLESTON**
                                                                           Thomas J. McKenna
                                                                           Gregory M. Egleston
                                                                           501 Fifth Avenue, 19th Floor
                                                                           New York, NY 10017
                                                                           Telephone: (212) 983-1300
                                                                           Email: tjmckenna@gme-law.com
                                                                                         gegleston@gme-law.com

                                                                           ***Counsel for Plaintiff***