USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 23, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------X
TYLER TOMCZAK, Derivatively on Behalf :
of MGT CAPITAL INVESTMENTS, INC.,   :
                                    :
                Plaintiff,          :
                                    :          ORDER
    - against -                     :
                                    :
ROBERT B. LADD, et al.,             :
                                    :      19 Civ. 8046 (VM)
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health emergency, the final settlement conference previously scheduled before the Honorable Victor Marrero on Friday, August 7, 2020, at 1:45 p.m. will take place via teleconference. Please use the following dial-in: 888-363-4749 (international callers dial 215-446-3662); access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Dated:   New York, New York
         23 July 2020

                                    _____
                                            Victor Marrero
                                              U.S.D.J.